HERMAX CO., Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 9901.

United States Court of Appeals
Third Circuit.

Argued June 14, 1949.

Decided July 29, 1949.

Murray M. Weinstein, Newark, N. J., for appellant.

Louise Foster, Washington, D. C. (Theron Lamar Caudle, Asst. Atty. Gen., Ellis

N. Slack, Robert N. Anderson, Sp. Assts. to the Atty. Gen., on the brief), for appellee.

Before BIGGS, Chief Judge, and Mc-LAUGHLIN and O'CONNELL, Circuit Judges.

PER CURIAM.

We agree with the Tax Court that the taxpayer has not shown reasonable cause for its failure to file personal holding company returns. Cf. our decision in Hatfried, Inc. v. Commissioner of Internal Revenue, 162 F.2d 628. It follows that the taxpayer must be held liable for the statutory penalty for the years involved. Accordingly the decision of the Tax Court will be affirmed on its decision as reported in 11 T.C. 442.